Steve Hanle, SBN 168876
　shanle@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Dr., Ste. 1600
Newport Beach, CA 92660-6422
Telephone:　949 725 4000

*Attorneys for Defendant*
*Adroit Worldwide Media, Inc.*

Matthew C. Vella, SBN 314548
　mvella@princelobel.com
PRINCE LOBEL TYE LLP
580 Broadway, Unit 207
Laguna Beach, CA 92651
Telephone: (617) 456-8191

Christopher E. Hanba (adm. *pro hac vice*)
　chanba@princelobel.com
Ariana D. Pellegrino (adm. *pro hac vice*)
　apellegrino@princelobel.com
Joshua G. Jones (adm. *pro hac vice*)
　jjones@princelobel.com
PRINCE LOBEL TYE LLP
500 W. 5th Street, Suite 1205
Austin, Texas 78701
Telephone.: (512) 737-2414

*Attorneys for Plaintiff*
*Alpha Modus, Corp.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA MODUS, CORP., <br><br> Plaintiff, <br><br> vs. <br><br> ADROIT WORLDWIDE MEDIA, INC., <br><br> Defendant. | CASE NO. 8:25-cv-02471-DFM <br><br> Hon. Douglas F. McCormick <br><br> **JOINT STIPULATION OF DISMISSAL** <br><br> Complaint Filed:　November 3, 2025 |

JOINT STIPLUATION OF DISMISSAL　　　　1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alpha Modus, Corp. ("Plaintiff") and Defendant Adroit Worldwide Media, Inc. ("Defendant") hereby stipulate Plaintiff's claims are dismissed in their entirety with prejudice pursuant to the terms of a Confidential Settlement Agreement, with the parties to bear their own costs and attorneys' fees. The dismissal shall be effective upon filing of this joint stipulation.

DATED: May 14, 2026

STRADLING YOCCA CARLSON & RAUTH LLP

By: /s/ *Steve Hanle*
Steve Hanle

*Attorneys for Defendant*
*Adroit Worldwide Media, Inc.*

PRINCE LOBEL TYE LLP

By: /s/ *Christopher E. Hanba*
Christopher E. Hanba
Ariana Deskins Pellegrino
Joshua G. Jones
Matthew C. Vella

*Attorneys for Defendant*
*Adroit Worldwide Media, Inc.*

SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Steve Hanle, counsel for Defendant, and I have obtained his authorization to affix his electronic signature to this document.

/s/ *Christopher E. Hanba*
Christopher E. Hanba

JOINT STIPLUATION OF DISMISSAL                    2